Celso LEON, Petitioner—Appellee,

v.

**A.P. KANE, Warden, Respondent— Appellant.**

No. 10–15329.

United States Court of Appeals, Ninth Circuit.

Submitted Aug. 2, 2011.*

Filed Aug. 5, 2011.

Margaret Joan Littlefield, Law Office of Michael Satris, Bolinas, CA, for Petitioner–Appellee.

Celso Leon, pro se.

Pamela B. Hooley, Deputy Attorney General, Office of the California Attorney General, Sacramento, CA, for Respondent–Appellant.

Before: RYMER, IKUTA, and N.R. SMITH, Circuit Judges.

MEMORANDUM **

Warden A.P. Kane appeals from the district court's grant of Celso Leon's 28 U.S.C. § 2254 habeas petition. We have jurisdiction under 28 U.S.C. § 2253, and we reverse.

While this appeal was pending, the Supreme Court decided *Swarthout v. Cooke*, —— U.S. ——, 131 S.Ct. 859, 178 L.Ed.2d 732 (2011) (per curiam). In that case, the Court stated that "it is no federal concern ... whether California's 'some evidence' rule of judicial review (a procedure beyond what the Constitution demands) was correctly applied." *Id.* at 863. The federal Due Process Clause requires only that a California inmate receive "an opportunity to be heard and ... a statement of the reasons why parole was denied." *See id.* at 862.

Leon was afforded an opportunity to be heard and provided a statement of the reasons why parole was denied. The district court nevertheless granted him relief

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

on the ground that the denial of parole was not supported by "some evidence" of current dangerousness. Because this is not a proper ground for federal habeas relief, we reverse. *See Pearson v. Muntz*, 639 F.3d 1185, 1191 (9th Cir.2011).

**REVERSED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.